202 F.2d 752
 Stanley Dale SYDOW, Appellant,
v.
UNITED STATES of America.
 No. 14730.
 United States Court of Appeals Eighth Circuit.
 Feb. 4, 1953.
 
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellee and motion of appellant pro se.
 
 
 2
 Fyke Farmer, Nashville, Tenn., and Thomas P. Kelley, Omaha, Neb., for appellant.
 
 
 3
 Joseph T. Votava, U.S. Atty., and Edward J. Tangney, Asst. U.S. Atty., Omaha, Neb., for appellee.